UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HOMER,<br><br>      Plaintiff,<br><br>-against-<br><br>JOHN OR JANE DOE, M.D.;<br>SUPERINTENDENT, DOWNSTATE<br>CORRECTIONAL FACILITY,<br><br>      Defendants. | 22-CV-2033 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 11, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 11, 2022
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge